# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/30/2015 9:53:14 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12 - 15 - 00054 - CV**

Trial Court Style:_____ Sabre Energy Corporation, SonCo Holdings, LLC, Van W. Mounts and Edwin Wesley Sano v. Well-Pro Services, L.P.

Trial Court & County:_____ CCL-2 Gregg County __ Trial Court No.:___ 2012-1207-CCL2

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:_____ 3-18-2015

Anticipated Number of Pages of Record:__ 185 pages plus exhibits

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☒     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐     my duties listed below preclude working on this record:

☒     Other.  (Explain.):  Received payment on March 27, 2015

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by Under April 20, 2015,  and **I hereby request an additional __30_____ days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

 3-30-2015 ____                   /s/ Sheryl A. Bowen_____
Date:                                    Signature

 903-234-3111 _                   Sheryl A. Bowen
Office Phone Number              Printed Name

Sheryl.bowen@co.gregg.tx.us      Official Court Reporter
E-mail Address (if available)        Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Gregory D. Smith

Name: Mr. Kyle Kutch

Address: 100 E. Ferguson, Suite 500

Address: 211 E. Tyler Street, Suite 600G

Tyler, Texas 75702

Longview, Texas 75601

Phone no.: 903-510-5222

Phone no.: 903-236-8788

Attorney for: Appellant

Attorney for: Appellee

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name:

Name:

Address:

Address:

Phone no.:

Phone no.:

Attorney for:

Attorney for:

Additional                              information,                              if                              any: